# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

140034

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY PAUL RODRIQUEZ,
      Defendant-Appellant.

SC: 140034
COA: 286732
Grd Traverse CC: 08-010512-FC

_____/

On order of the Court, the application for leave to appeal the September 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

p0222